# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-133-BLG-WWM |
| Plaintiff, | |
| vs. | ORDER |
| TREY ALLEN WOLFBLACK, | |
| Defendant. | |

Upon the United States of America's Unopposed Motion to File Out-of-Time Response, and for good cause appearing,

**IT IS HEREBY ORDERED** that the United States' motion (Doc. 35) is **GRANTED**. The United States shall file its response to Defendant's motion in limine (Doc. 28) on or before Tuesday, March 3, 2026.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED the 2nd day of March, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE