## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TREY ALLEN WOLFBLACK,<br><br>Defendant. | CR 25-133-BLG-WWM<br><br><br>ORDER |

Upon consideration of Defendant Wolfblack's Unopposed Motion to Authorize Payment of Travel Expenses for Defendant (Doc. 45), made pursuant to 18 U.S.C. § 4285, and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Wolfblack's motion (Doc. 45) is **GRANTED**. Pursuant to 18 U.S.C. § 4285, the United States Marshal Service shall transport Defendant Wolfblack from Busby, Montana, to Billings, Montana, at or around 10:00 a.m. on May 11, 2026, to attend his jury trial on May 12th.

**IT IS FURTHER ORDERED** that the United States Marshal Service shall furnish Defendant Wolfblack with lodging and subsistence expenses in accordance with 18 U.S.C. § 4285, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a).

**IT IS FURTHER ORDERED** that pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A(e)(1), CJA funds shall be disbursed to pay for

expenses associated with Defendant Wolfblack's return travel and subsistence in an amount not to exceed $114.08.  Defendant Wolfblack or his counsel may advance the travel, lodging, and subsistence funds and promptly seek reimbursement from CJA funds once the authorized travel is completed.

The Clerk of Court is directed to notify the parties and the United States Marshal Service of the making of this Order.

DATED the 4th day of May, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE